```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 11-04029-RNO
George Henry Simeone                                                    Chapter 13
Jodi Fran DiBella
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                Page 1 of 3                   Date Rcvd: Aug 03, 2016
                               Form ID: 3180W               Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db/jdb         +George Henry Simeone,    Jodi Fran DiBella,    416 Heritage Drive,    Gettysburg, PA 17325-8938
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,     Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +The Bank of New York Mellon FKA The Bank of New Yo,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr             +White Run Regional Municipal Authority,    2001 Baltimore Pike,    Gettysburg, PA 17325-7068
3877188        +ACCT RECOV,    555 VAN REED RD,   WYOMISSING, PA 19610-1756
3877190        +ALLIED INTERSTATE INC,    3000 CORPORATE EXCHANGE DRIVE 5TH FLOOR,     COLUMBUS, OH 43231-7689
3877191        +BACHOMELOANS,    450 AMERICAN ST,    SIMI VALLEY, CA 93065-6285
3877192        +BUREAU OF ACCOUNT MGMT,    PO BOX 8875,    3607 ROSEMONT AVE STE 502,    CAMP HILL, PA 17011-6943
3877193        +CAMPBELL & WHITE PC,    112 BALTIMORE STREET,    GETTYSBURG, PA 17325-2311
3877194        +CARDIAC DIAGNOSTIC ASSOC,    2527 CRANBERRY HIGHWAY,    WAREHAM, MA 02571-1046
3877197         COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
3877198         COMMONWEALTH OF PA,    DEPT OF  REV BUR IND TAX,    DEPT 280431,   HARRISBURG, PA 17128-0431
3877199         COMMONWEALTH OF PA DEPT L&I,    READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,
                 READING, PA 19602-1152
3877201         GETTYSBURG DIAGNOSTIC IM,    PO BOX 10848,    LANCASTER, PA 17605-0848
3877202        +GETTYSBURG FIRE DEPARTMENT,    PO BOX 3575,    GETTYSBURG, PA 17325-0575
3877203         GETTYSBURG HOSPITAL,    ATTN PATIENT ACCTS DEPT,    PO BOX 3786,    GETTYSBURG, PA 17325-0786
3877204        +GETTYSBURG HOSPITAL ALS,    BILLING OFFICE,    PO BOX 726,   NEW CUMBERLAND, PA 17070-0726
3877205        +GETTYSBURG INTERNAL MED,    423 S WASHINGTON ST,    GETTYSBURG, PA 17325-2526
3877206        +HAROLD J. COHEN, DMD, PC,    135 E ELM AVE,    HANOVER, PA 17331-1813
3877209        +JP HARRIS ASSOCIATES LLC,    MUNICIPAL TAX ACCOUNTS,    PO BOX 226,
                 MECHANICSBURG, PA 17055-0226
3877210         KODAK & IMBLUM PC,    407 N FRONT STREET,    PO BOX 11848,    HARRISBURG, PA 17108-1848
3877211        +LAKE HERITAGE PROPERTY OWNERS ASSOC,    1000 HERITAGE DRIVE,    LAKE HERITAGE,
                 GETTYSBURG, PA 17325-8954
3877212         MET ED,    PO BOX 3687,   AKRON, OH 44309-3687
3886884        +METROPOLITAN EDISON COMPANY,,    A FIRSTENERGY COMPANY,    331 NEWMAN SPRINGS ROAD,   BUILDING 3,
                 RED BANK , NJ 07701-5688
3877213         NATIONAL RECOVERY,    2491 PAXTON ST,    HARRISBURG PA 17111-1036
3877214         NATIONAL RECOVERY AGENCY,    PO BOX 67015,    HARRISBURG PA 17106-7015
3877216        +PENNSYLVANIA AMERICAN,    WATER COMPANY,    PO BOX 578,    ALTON IL 62002-0578
3877217        +PETEY'S AUTO SALES, INC,    1132 W ELM AVENUE,    HANOVER, PA 17331-4605
3877218         QUANTUM IMAGING & THERAPEUTIC ASSOCS,    PO BOX 62165,    BALTIMORE, MD 21264-2165
4559324        +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
4559325        +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129,    SPECIALIZED LOAN SERVICING LLC,
                 8742 LUCENT BLVD, SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386
3877219         SPRINT BANKRUPTCY,    6391 SPRINT PARKWAY,    OVERLAND PARK, KS 66215
3877220        +STAT MEDEVAC,    CENTER FOR EMERGENCY MEDICINE,    PO BOX 223016,    PITTSBURGH, PA 15251-2016
3877221        +STATE OF NEW JERSEY,    DEPT OF LABOR AND WORKFORCE DEVELOPMENT,    PO BOX 951,
                 TRENTON, NJ 08625-0951
3962730         US Department of Education,    PO BOX 65128,    St Paul MN 55165
3877223        +WELLSPAN MEDICAL GROUP,    1803 MT ROSE AVE,    SUITE B3,    YORK, PA 17403-3051
3877224        +WELLSPAN MEDICAL GROUP,    PHYSICIAN BILLING SERVICES,    1803 MT ROSE AVE SUITE B3,
                 YORK, PA 17403-3051
3877226        +WHITE RUN REGIONAL MUNICIPAL AUTHORITY,    C/O CAMPBELL AND WHITE, PC,    112 BALTIMORE STREET,
                 GETTYSBURG, PA 17325-2311
3877227        +YORK CR BUREAU,    33 S DUKE STREET,    YORK, PA 17401-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3877189         EDI: AFNIRECOVERY.COM Aug 03 2016 18:48:00      AFNI INC,    404 BROCK DRIVE,   PO BOX 3097,
                 BLOOMINGTON, IL 61702-3097
3902576        +EDI: BANKAMER.COM Aug 03 2016 18:48:00      Bank of America, N.A.,    400 National Way,
                 Mail Stop: CA6-919-01-23,    Simi Valley, CA 93065-6414
4486187        +EDI: BANKAMER.COM Aug 03 2016 18:48:00      Bank of America, N.A.,    Mail Stop: CA6-919-01-23,
                 400 National Way,    Simi Valley, California 93065-6414
3899659        +EDI: OPHSUBSID.COM Aug 03 2016 18:48:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
3877195        +E-mail/Text: dehartstaff@pamd13trustee.com Aug 03 2016 18:44:01       CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
3877196        +EDI: CITICORP.COM Aug 03 2016 18:48:00      CITI,    PO BOX 6241,   SIOUX FALLS, SD 57117-6241
3877200        +E-mail/Text: jstauffe_BK@ebay.com Aug 03 2016 18:43:46       EBAY INC,    PO BOX 2179,
                 CAROL STREAM, IL 60132-2179
4004422        +EDI: RESURGENT.COM Aug 03 2016 18:48:00      East Bay Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
3877207        +EDI: IIC9.COM Aug 03 2016 18:48:00      I C SYSTEMS,    444 HIGHWAY 96 EAST,   PO BOX 64887,
                 ST PAUL, MN 55164-0887
3877208         EDI: IRS.COM Aug 03 2016 18:48:00      INTERNAL REVENUE SERVICE,    PO BOX 21126,
                 PHILADELPHIA, PA 19114-0326
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
3958872        +EDI: RESURGENT.COM Aug 03 2016 18:48:00      PYOD LLC its successors and assigns as assignee of,
                 Citibank, NA, NA,   c/o Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
3877646         EDI: RESURGENT.COM Aug 03 2016 18:48:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
4305893        +EDI: OPHSUBSID.COM Aug 03 2016 18:48:00      Vanda, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
3877225         EDI: WFNNB.COM Aug 03 2016 18:48:00      WFNNB,    PO BOX 182273,    COLUMBUS OH 43218-2273
3916599         EDI: ECAST.COM Aug 03 2016 18:48:00      eCAST Settlement Corporation assignee of HSBC Bank,
                 Nevada and its Assigns,    POB 35480,    Newark NJ 07193-5480
3916600         EDI: ECAST.COM Aug 03 2016 18:48:00      eCAST Settlement Corporation assignee of Household,
                 Finance Corporation/Beneficial,    POB 35480,    Newark NJ 07193-5480
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
4306134*       +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
4306135*       +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
3877215        ##+PEEBLES,    1 PEEBLES ST,    SOUTH HILL, VA 23970-3320
3877222        ##+TRANSWORLD SYSTEMS INC,    2235 MERCURY WAY,    SUITE 275,    SANTA ROSA, CA 95407-5463
                                                                                       TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:

```
              Barbara Ann Fein    on behalf of Creditor    Specialized Loan Servicing LLC JulieP@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    Bank of America, National Association Et Al..
               pabk@logs.com
              Dorothy L Mott    on behalf of Joint Debtor Jodi Fran DiBella DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott    on behalf of Debtor George Henry Simeone DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2006-18 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Joint Debtor Jodi Fran DiBella karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor George Henry Simeone karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Lawrence V. Young    on behalf of Creditor    White Run Regional Municipal Authority
               lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **George Henry Simeone** | Social Security number or ITIN xxx–xx–5941 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Jodi Fran DiBella** | Social Security number or ITIN xxx–xx–5322 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number: **1:11–bk–04029–RNO** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George Henry Simeone
fdba George Simeone's 100 Hour Mega Sale

Jodi Fran DiBella
aka Jodi F DiBella–Simeone

**By the court:**

*/s/ Robert N. Opel II*

August 3, 2016

Honorable Robert N. Opel
United States Bankruptcy Judge

By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Case 1:11-bk-04029-RNO   Doc 89   Filed 08/05/16   Entered 08/06/16 00:55:14   Desc
Imaged Certificate of Notice   Page 4 of 5

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**